James R. Murray, WSBA #25263
Gordon Murray Tilden LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292

Daniel W. Short, WSBA #7945
Paine, Hamblen, Coffin, Brooke & Miller LLP
717 W Sprague Avenue, Suite 1200
Spokane, WA 99204-0464
Telephone: (509) 455-6000
Facsimile: (509) 838-0007

Attorneys for Catholic Bishop of Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Honorable Justin L. Quackenbush

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

PACIFIC INSURANCE COMPANY, et al.,

    Plaintiffs,

    v.

CATHOLIC BISHOP OF SPOKANE, et al.,

    Defendants.

NO. 05-CV-0075-JLQ

STIPULATED PROTECTIVE ORDER

To facilitate the production of documents and disclosure of information not generally available to the public, Pacific Insurance Company, Continental Casualty

STIPULATED PROTECTIVE ORDER - 1

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Company, American Casualty Company of Reading Pennsylvania, Continental Insurance Company, The Glens Falls Insurance Company (collectively "CNA"), Safeco Insurance Company (General Insurance Company of America) One Beacon Insurance Company (Oregon Automobile Insurance Company), Indiana Insurance Company, ACE Property & Casualty Insurance Company (Aetna Insurance Company), Washington Insurance Guaranty Association (The Home Insurance Company), certain individual claimants, and The Catholic Diocese of Spokane (jointly referred to as "the parties"), stipulate and agree to the entry of an order protecting the confidentiality of such documents and restricting the use of such documents and information by the non-producing party to the prosecution or defense of this action, any matters in the Bankruptcy Case pending in the United States Bankruptcy Court for the Eastern District of Washington under Case No. 04-08822-PCW-11 (the "Bankruptcy Case"), and any appeals therefrom. In view of this stipulation of the parties, the court finds that good cause exists for the issuance of this protective order.

IT IS, THEREFORE, ORDERED AS FOLLOWS:

1. The parties agree that certain documents produced during the course of this matter ("Coverage Litigation") may be designated "Confidential—Subject to Protective Order" (hereinafter "Protected Material"). The parties further agree that documents so designated may be used only in this Coverage Litigation, any

STIPULATED PROTECTIVE ORDER - 2

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

matters in the Bankruptcy Case pending in the United States Bankruptcy Court for the Eastern District of Washington under Case No. 04-08822-PCW-11 (the "Bankruptcy Case"), and any appeals therefrom. Nothing in this Stipulated Order shall limit how a producing party may use the Protected Material that it produces.

2. All Protected Material or any document containing Protected Material shall be designated by marking the words Protected Material or Confidential on the face of the material and, if produced on compact disc, on the face of the compact disc which contains the confidential material.

3. The parties' definition of confidential documents and information as set forth in Paragraph 1 above is intended to facilitate the preparation and trial of this action, and the parties' treatment of such Confidential documents and information in conformity with this Order is not to be construed as an admission or agreement by any party that any such Confidential documents and information constitute or contain any trade secret, proprietary, or other confidential information in contemplation of law.

4. Confidential documents and information shall not be given, shown, made available, discussed or otherwise communicated by the non-producing party in any way to anyone other than:

(a) The parties and attorneys for the parties in this litigation and the Bankruptcy Case and their usual employees;

STIPULATED PROTECTIVE ORDER - 3

(b) Persons specifically retained by attorneys for the parties in this litigation or the Bankruptcy Case to assist in the preparation of this litigation for trial (such as experts, copy vendors, and consultants);

(c) Any person whose testimony is taken or may be taken in this litigation or the Bankruptcy Case, except that such a person may only be shown Confidential documents and information during his testimony and in preparation therefor and only to the extent necessary for such preparation of testimony; and

(d) Actual or potential testifying or consulting experts;

(e) The Court, any Special Master appointed in the case, or other finders of fact in this proceeding or the Bankruptcy Case. Persons falling within the purview of subparagraphs (b), (c), and (d) shall, prior to being provided with Confidential documents and information, be furnished a copy of this Order and shall sign the same signifying his/her agreement with its provisions.

5. If any non-producing party wishes to give, show or make available such Confidential documents and information to persons other than those referenced in Paragraph 4, such party shall submit to counsel for the producing party a written statement specifically identifying the Confidential documents, or subject material thereof, and the name, title and business relationship of the persons(s) to whom disclosure is requested and the reason for such disclosure. If the producing party agrees in writing to the requested disclosure, it is permitted.

STIPULATED PROTECTIVE ORDER - 4

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Should the producing party and the non-producing party be unable to resolve any requested disclosure, then the party making the request for further disclosure shall submit such dispute to the Court. Until the Court resolves the dispute, the party requesting the further disclosure will not give, show or make available the Confidential documents and information to the person(s) in dispute. All confidential documents and information under this Order shall be treated as confidential pursuant to the terms of this Order until contrary determination is made by the Court.

6. The persons described in paragraph 4 and any person to whom Confidential documents and information is disclosed shall use such Confidential documents and information only for the purposes of the prosecution or defense of the above-captioned litigation or issues that may arise in the Bankruptcy Case and for no other purpose or publication whatsoever, whether directly or indirectly.

7. If a question asked at a deposition contains Confidential Information or calls for an answer concerning Confidential Information, counsel for the party seeking to protect the Confidential documents and Information shall notify opposing counsel on the record or within 14 days after receipt of the deposition transcript that the information in such question or answer is considered Confidential Information or if any of the exhibits attached to the deposition are considered Confidential Information to be covered by this action. Until such time

STIPULATED PROTECTIVE ORDER - 5

has elapsed, the entire deposition and all attached exhibits shall be treated as Confidential Information. If no such request is made, the deposition and all exhibits to the deposition shall be designated as non-confidential.

8. At the conclusion of this litigation (including appeals) and the Bankruptcy Case, all Confidential documents and information, and copies thereof, in whatever form, in the possession, custody or control of the non-producing party shall be returned to the producing party or destroyed upon the request of the producing party. All notes, memoranda, summaries or other documents in the possession, custody or control of the non-producing party referring, describing or relating to Confidential documents and information shall be destroyed upon the request of the producing party.

9. This Order shall be without prejudice to the right of any party or person to bring before the Court at any time the question of whether a particular item is or is not entitled to be treated as Confidential under this Order. Without limiting the foregoing, the Court shall, upon proper motion and showing, release from the provisions of this Order any Confidential or alleged Confidential material.

10. This Order shall be without prejudice to the right of any party to oppose production of any document or information upon other proper grounds.

STIPULATED PROTECTIVE ORDER - 6

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

11.   Any third party producing documents or giving deposition testimony in this action may invoke the provision of this Order by serving written notice to such effect upon all parties to this action.

12.   If any party submits Confidential materials or information to the Court as exhibits to motions or as part of any other form of submission to the Court, the Confidential materials or information will be filed under seal. Any portion of any motion or other submission to the Court that recites Confidential material or information will be filed separately under seal.

ORDERED this 20th day of December, 2005.

Judge Justin L. Quackenbush
United States District Court Judge

STIPULATED PROTECTIVE ORDER - 7

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

It is so stipulated:

**GORDON MURRAY TILDEN LLP**     **GRIPPO & ELDEN LLC**

By _____     By _____ #25263 per email authorization
James R. Murray, WSBA #25263    Philip C. Stahl
Attorneys for Defendant          Attorneys for Pacific Insurance Company
Catholic Bishop of Spokane       and Continental Casualty Company,
                                 Continental Casualty Company,
                                 American Casualty Company of Reading
                                 Pennsylvania, Continental Insurance
                                 Company, and The Glen Falls Insurance
                                 Company ("CNA")

**PAINE, HAMBLEN, COFFIN,**      **REED McCLURE**
**BROOKE & MILLER LLP**

By _____ #25263 per email authorization    By _____ #25263 per email authorization
Daniel W. Short, WSBA #7945     Mary R. DeYoung, WSBA #16264
Attorneys for Defendant          Attorneys for Washington Insurance
Catholic Bishop of Spokane       Guaranty Association (The Home
                                 Insurance Company)

**MORISON-KNOX HOLDEN**          **GORDON & POLSCER LLP**
**MELENDEZ & PROUGH, LLP**

By _____ #25263 per telephone authorization    By _____ #25263 per email authorization
Brian E. Sims                   Diane L. Polscer, WSBA #14627
Attorneys for Safeco Insurance   Attorneys for One Beacon Insurance
Company (General Insurance Company    Company (Oregon Automobile Insurance
of America)                      Company)

STIPULATED PROTECTIVE ORDER - 8

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

**WILSON SMITH COCHRAN DICKERSON**

By /s/ #25263 per email authorization
Dennis Smith, WSBA #4822
Attorneys for Indiana Insurance Company

**FOSTER PEPPER & SHEFELMAN PLLC**

By /s/ #25263 per email authorization
Dillon E. Jackson, WSBA #1539
Attorneys on behalf of Certain Individual Claimants

**COZEN O'CONNOR**

By /s/ #25263 per email authorization
Thomas M. Jones, WSBA #13141
Attorneys for ACE Property & Casualty Insurance Company (Aetna Insurance Company)

STIPULATED PROTECTIVE ORDER - 9

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

I HEREBY CERTIFY that on the 21st day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following.

| Counsel for Pacific Insurance Company, Continental Casualty Company, American Casualty Company of Reading Pennsylvania, Continental Insurance Company, Glen Falls Insurance Company: | Counsel for Pacific Insurance Company, Continental Casualty Company, American Casualty Company of Reading Pennsylvania, Continental Insurance Company, Glen Falls Insurance Company: |
|---|---|
| Charles R. Ekberg<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338<br>Telephone: (206) 223-7000 | James B. Shein<br>Lewis S. Rosenbloom<br>Miles W. Hughes<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700 |
| **Counsel for Pacific Insurance Company, Continental Casualty Company, American Casualty Company of Reading Pennsylvania, Continental Insurance Company, Glen Falls Insurance Company:** | **Counsel for Pacific Insurance Company, Continental Casualty Company, American Casualty Company of Reading Pennsylvania, Continental Insurance Company, Glen Falls Insurance Company:** |
| Elizabeth Rose Butler Kennar<br>Ralph Howard Palumbo<br>Summit Law Group PLLC<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: (206) 676-7000<br>Facsimile: (206) 676-7069 | Laura K. McNally<br>Philip C. Stahl<br>Maile H. Solis-Szukala<br>Grippo & Elden LLC<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 704-7700<br>Facsimile: (312) 558-1195 |
| **Counsel for The Catholic Bishop of Spokane:**<br>Michael C. Geraghty | **Counsel for The Catholic Bishop of Spokane:**<br>Michael J. Paukert |

STIPULATED PROTECTIVE ORDER - 10

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

| | |
|---|---|
| Turner Stoeve & Gagliardi, P.S.<br>1212 N. Washington St., Suite 202<br>Spokane, WA 99201<br>Telephone: (509) 326-1552 | Gregory J. Arpin<br>Paine, Hamblen, Coffin, Brooke<br>& Miller LLP<br>717 W. Sprague Avenue Suite 1200<br>Spokane, WA 99201<br>Telephone: (509) 455-6000 |
| **Counsel for Safeco Insurance Company:**<br>David E. Eash<br>Huppin Ewing Anderson & Paul, P.S.<br>221 North Wall Street, Suite 500<br>Spokane, WA 99201-0024<br>Telephone: (509) 838-4261 | **Counsel for One Beacon Insurance Company:**<br>Diane Polscer<br>Gordon & Polscer, LLC<br>9755 SW Barnes Road, Suite 650<br>Portland, OR 97225<br>Telephone: (503) 242-2922<br>Facsimile: (503) 242-1264 |
| **Counsel for One Beacon Insurance:**<br>Jed W. Morris<br>Lukins & Annis, P.S.<br>717 West Sprague Avenue, Suite 1600<br>Spokane, WA 99201-0466<br>Telephone: (509) 455-9555<br>Facsimile: (509) 363-2479 | **Counsel for Indiana Insurance Company:**<br>Salley E. Metteer<br>Dennis Smith<br>Randy A. McCaskill<br>Wilson Smith Cochran Dickerson<br>1700 Financial Center<br>1215 Fourth Avenue<br>Seattle, WA 98161-1007<br>Telephone: (206) 623-4100 |
| **Counsel for Aetna Insurance Company, ACE Property & Casualty Insurance Company:**<br>Thomas M. Jones<br>Robert A. Meyers<br>Cozen O'Connor<br>Washington Mutual Tower<br>1201 Third Avenue, Suite 5200<br>Seattle, WA 98101-3033<br>Telephone: (206) 340-1000 | **Counsel for Aetna Insurance Company, ACE Property & Casualty Insurance Company:**<br>Kevin Kamraczewski<br>Patrick C. Maxcy<br>Robert B. Millner<br>Ronald Kent<br>Sonnenschein Nath & Rosenthal, LLP<br>8000 Sears Tower<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Facsimile: (312) 876-7934 |

STIPULATED PROTECTIVE ORDER - 11

| | |
|---|---|
| Counsel for Certain Individual Claimants, Richard Frizzell: | Counsel for Defendant PB: |
| Dillon E. Jackson | Michael T. Pfau |
| Foster Pepper & Shefelman PLLC | Gordon Thomas Honeywell Malanca Peterson & Daheim |
| 1111 Third Avenue, Suite 3400 | One Union Square |
| Seattle, WA 98101-3299 | 600 University Street, Suite 2100 |
| Telephone: (206) 447-4000 | Seattle, WA 98101-4185 |
| | Telephone: (206) 676-7500 |
| Counsel for ACE Property & Casualty Insurance Company: | Counsel for Pioneer House: |
| Nancy L. Isserlis | Jan R. Armstrong |
| Winston & Cashatt | Armstrong, Klym, Waite, Atwood & Jameson, P.S. |
| 601 West Riverside Avenue, Suite 1900 | Swift Professional Center |
| Spokane, WA 99201 | Suite A |
| Telephone: (509) 838-6131 | 660 Swift Boulevard |
| | Richland, WA 99352 |
| | Telephone: (509) 943-4681 |
| Attorneys for WIGA: | Attorneys for Patrick O'Donnell: |
| Mary R. DeYoung | John G. Bergmann |
| Anna M. Nanna | Helsell Fetterman LLP |
| Reed McClure | 1001 Fourth Avenue, Suite 4200 |
| Two Union Square | Seattle, WA 98154 |
| 601 Union Street, Suite 1500 | Telephone: (206) 292-1144 |
| Seattle, WA 98101-1363 | |
| Telephone: (206) 223-0152 | |
| Facsimile: (206) 292-4900 | |
| Counsel for Unofficial Committee of Clergy Sex Abuse, Tort Litigants Committee: | Counsel for Prepetition Clergy Sex Abuse Survivors Committee, Tort Litigants Committee: |
| John W. Campbell | J. Rudy Freeman |
| Esposito George & Campbell | Pachulski Stang Ziehl Young Jones & Weintraub PC |
| 421 W. Riverside Avenue, Suite 960 | 10100 Santa Monica Blvd., Suite 1100 |
| Spokane, WA 99201-0407 | Los Angeles, CA 90067 |
| Telephone: (509) 624-9219 | Telephone: (310) 277-6910 |

STIPULATED PROTECTIVE ORDER - 12

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

| | |
|---|---|
| **Attorneys for Association of Parishes:** | **Attorneys for Association of Parishes:** |
| Ford Elsaesser | John D. Munding |
| Barry McHugh | Crumb & Munding |
| Elsaesser Jarzabek Anderson Marks | 601 W. Riverside, Suite 1950 |
| Elliott & McHugh, Chtd. | Spokane, WA 99201 |
| 123 South Third Street | Telephone: (509) 624-6464 |
| P.O. Box 1049 | Facsimile: (509) 624-6155 |
| Sandpoint, ID 83864-0855 | |
| Telephone: (208) 263-8517 | |
| Facsimile: (208) 263-0759 | |
| | |
| **Counsel for Estate of James Maguire, Michael Shea:** | **Attorneys for the Tort Claimants' Committee:** |
| Frank J. Conklin | Joseph E. Shickick, Jr. |
| C.K. Carlton P.S. | George E. Frasier |
| 818 W. Riverside Avenue | Riddell Williams P.S. |
| 640 Lincoln Building | 1001 Fourth Avenue, Suite 4500 |
| Spokane, WA 99201 | Seattle, WA 98154-1192 |
| Telephone: (509) 747-6877 | Telephone: (206) 624-3600 |
| Facsimile: (509) 747-6950 | |
| | |
| **Counsel for U.S. Bank:** | **Counsel for Tort Claimant:** |
| Michael Douglas Currin | John D. Allison |
| Witherspoon Kelley Davenport & Toole | Eymann Allison Fennessy Hunter & Jones |
| 422 W. Riverside Avenue, Suite 1100 | 2208 W. Second Avenue |
| Spokane, WA 99201-0302 | Spokane, WA 99204 |
| Telephone: (509) 624-5265 | Telephone: (509) 747-0101 |
| Facsimile: (509) 458-2717 | Facsimile: (509) 458-5977 |
| | |
| **Counsel for Tort Claimant:** | **Counsel for U.S. Trustee:** |
| Michael E. Withey | Gary Wayne Dyer |
| Stritmater Kessler Whelan Withey Coluccio | United States Trustee |
| 200 Second Avenue West | United States Courthouse |
| Seattle, WA 98119 | 920 W. Riverside, Suite 593 |
| Telephone: (206) 448-1777 | Spokane, WA 99201-1008 |
| Facsimile: (206) 728-2131 | Telephone: (509) 353-2999 |

STIPULATED PROTECTIVE ORDER - 13

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

The following parties are not on the Court's e-mailing list and will be provided a copy of the above-document via U.S. Mail:

<u>Counsel for Pacific Insurance Company, Continental Casualty Company, American Casualty Company of Reading Pennsylvania, Continental Insurance Company, Glen Falls Insurance Company</u>:
David C. Christian, II
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

<u>Counsel for Prepetition Clergy Sex Abuse Survivors Committee, Tort Litigants Committee</u>:
Hamid R. Rafatjoo
James I Stang
Pachulski Stang Ziehl Young Jones & Weintraub PC
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910

<u>Counsel for The Catholic Bishop of Spokane</u>:
Shaun M. Cross
Paine, Hamblen, Coffin, Brooke & Miller LLP
717 W. Sprague Avenue Suite 1200
Spokane, WA 99201
Telephone: (509) 455-6000

_____
James R. Murray, WSBA #25263
Attorney for Defendant
The Catholic Bishop of Spokane

**Gordon Murray Tilden LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
jmurray@gmtlaw.com

STIPULATED PROTECTIVE ORDER - 14