UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC INSURANCE CO., et al,<br><br>  Plaintiffs,<br><br>vs.<br><br>CATHOLIC BISHOP OF SPOKANE, et al,<br><br>  Defendants/<br>  Third Party Pltffs.<br><br>WASHINGTON STATE GUARANTY ASSOCIATION,<br><br>  Third Party Def. | No. 05-CV-00075-JLQ<br><br>ORDER DENYING WIGA'S MOTION FOR PARTIAL RECONSIDERATION AND/OR CLARIFICATION |

WIGA's Motion For Partial Reconsideration And/Or Clarification (C.R. 131) is DENIED.

Motions For Reconsideration are not looked upon with favor by the courts and may not be made the basis for rearguing prior motions. See *Waye v. First Citizen's*, 846 F. Supp. 310, 314 (M.D. Pa. 1994) & *State of Idaho v. Plum Creek*, 2005 WL 3447946 (D. of Id. 2005).  If *Olympic Steamship* issues subsequently arise in this matter, the court will then hear from counsel, having in mind that this court will not reconsider its December 29, 2005 Memorandum Opinion and Order.

The Clerk of this court shall enter this Order and forward copies to counsel.

**DATED** this 6th day of January 2006.

              s/ Justin L. Quackenbush
       JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1