UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC INSURANCE CO., et al, | ) |
| | ) No. 05-CV-00075-JLQ |
| Plaintiffs, | ) ORDER GRANTING MOTION TO FILE UNDER SEAL |
| vs. | ) |
| CATHOLIC BISHOP OF SPOKANE, et al, | ) |
| Defendants. | ) |

The Plaintiffs' Motion To File Under Seal (C.R. 159) is GRANTED. The Clerk of this court shall file under seal the documents so designated in the Declaration Of Patrick R. Malone (C.R. 158).

The Clerk of this court shall enter this Order and forward copies to counsel.

**DATED** this 22nd day of February 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1