UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC INSURANCE COMPANY, et al.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>CATHOLIC BISHOP OF SPOKANE, et al.,<br><br>　　Defendants/Third-Party Plaintiffs,<br><br>WASHINGTON STATE GUARANTY ASSOCIATION, a Washington corporation,<br><br>　　Third-Party Defendant. | NO. CV-05-0075-JLQ<br><br>ORDER **GRANTING** MOTION TO WITHDRAW DIOCESE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CALCULATION OF NUMBER OF OCCURRENCES IN CNA POLICIES |

　　BEFORE THE COURT is the Diocese's Motion To Withdraw Diocese's Motion For Partial Summary Judgment Re: Calculation Of Number Of Occurrences In CNA Policies and the Diocese's corresponding Motion To Expedite Hearing thereon. (Ct. Rec. 285 & 287). On June 15, 2006, the Diocese had filed a Motion For Partial Summary Judgment Re: Calculation of Number Of Occurrences In CNA Policies and noticed the motion for hearing on July 20, 2006 at 1:30 p.m. with oral argument. (Ct. Rec. 271 & 275). As the Diocese now seeks to withdraw that motion, the Diocese's Motion To Withdraw Diocese's Motion For Partial Summary Judgment Re: Calculation Of Number Of Occurrences In CNA Policies is **GRANTED.** (Ct. Rec. 285).

　　**IT IS SO ORDERED.** The Clerk of this court shall enter this Order, strike the hearing date, and forward copies to counsel.

　　**DATED** this 26th day of June 2006.

　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1