UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC INSURANCE COMPANY, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CATHOLIC BISHOP OF SPOKANE, et al.,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>WASHINGTON STATE GUARANTY ASSOCIATION, a Washington corporation,<br><br>    Third-Party Defendant. | NO. CV-05-0075-JLQ<br><br>ORDER **GRANTING** DIOCESE'S MOTION TO WITHDRAW CATHOLIC BISHOP OF SPOKANE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CALCULATION OF NUMBER OF "COVERED CLAIMS"; AND **GRANTING** DIOCESE'S MOTION TO WITHDRAW CATHOLIC BISHOP OF SPOKANE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: WIGA'S EXPOSURE TO *OLYMPIC STEAMSHIP* FEES |

BEFORE THE COURT are the Diocese's Motion To Withdraw Catholic Bishop of Spokane's Motion For Partial Summary Judgment Re: Calculation Of Number Of "Covered Claims," (Ct. Rec. 303), the Diocese's Motion To Withdraw Catholic Bishop of Spokane's Motion For Partial Summary Judgment Re: WIGA's Exposure to *Olympic Steamship* Fees, (Ct. Rec. 307), and the corresponding Motions To Expedite Hearings thereon. (Ct. Rec. 305 & 309). On July 3, 2006, the Diocese filed a Motion For Partial Summary Judgment Re: Calculation of Number Of "Covered Claims," (Ct. Rec. 292-1) and a Motion For Partial Summary Judgment Re: WIGA's Exposure to *Olympic Steamship* Fees. (Ct. Rec. 297-1). The motions were noted for hearing on August 7, 2006 at 1:30 p.m. and August 3, 2006 without oral argument, respectively. (Ct. Rec. 295 & 298). As the Diocese now seeks to withdraw these motions and WIGA has not

ORDER - 1

objected, the Diocese's Motion To Withdraw Catholic Bishop of Spokane's Motion For Partial Summary Judgment Re: Calculation Of Number Of "Covered Claims," and the Diocese's Motion To Withdraw Catholic Bishop Of Spokane's Motion For Partial Summary Judgment Re: WIGA's Exposure To *Olympic Steamship* Fees are **GRANTED.** (Ct. Rec. 303 & 307).

   **IT IS SO ORDERED.**  The Clerk of this court shall enter this Order, strike the hearing dates, and forward copies to counsel.

   **DATED** this 20th day of July 2006.


s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2